IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00141-RPM

ROBERT FORMAN,
LINDA FORMAN,
ANDREA FORMAN,
SARA FORMAN, and
ROBERT FORMAN as parent, next friend and natural guardian of
MICAH FORMAN, a minor,

    Plaintiffs,

v.

BRICE HENDERSON,

    Defendant.

---

ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

---

    The Court having reviewed Defendant's Unopposed Motion To Amend Scheduling Order, filed November 26, 2007 [11], it is

    ORDERED that the motion is granted. It is

    FURTHER ORDERED that the deadline for **Parties' Rebuttal Expert Reports is February 15th, 2008** and deadline for **Discovery Cut Off is extended to April 30th, 2008**.

    Dated: November 27th, 2007

                                       BY THE COURT:

                                       s/ Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior District Judge