IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00141-RPM

ROBERT FORMAN,
LINDA FORMAN,
ANDREA FORMAN,
SARA FORMAN, and
ROBERT FORMAN as parent, next friend and natural guardian of
MICAH FORMAN, a minor,

    Plaintiffs,

v.

BRICE HENDERSON,

    Defendant.

---

ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

---

    The Court having reviewed the Stipulated Motion To Amend Scheduling Order filed February 12, 2008, [17], it is

    ORDERED that the motion is granted.  It is

    FURTHER ORDERED that the deadline for Parties' Rebuttal Expert Reports is March 21, 2008 and deadline for Submission of Dispositive Motions is extended to April 30th, 2008.

    Dated: February 13, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge