F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00141-RPM

ROBERT FORMAN, LINDA FORMAN, ANDREA FORMAN,
SARA FORMAN, and ROBERT FORMAN as parent, next friend
And natural guardian of MICAH FORMAN, a minor,

Plaintiffs,

v.

BRICE HENDERSON,

Defendant.

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

THE COURT, having reviewed Defendant's Motion to Amend Scheduling Order and being fully advised in the premises hereby GRANTS said Motion and modifies the Scheduling Order as follows:

1. The discovery cut off date, for the purpose of taking expert depositions, is hereby extended up to and including **May 30, 2008**.

2. The parties are granted up to and including **June 10, 2008** to submit dispositive motions.

Dated this 23rd day of April, 2008.

United States District Court Judge