IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                October 22, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

───────────────────────────────────────────────────────────────────────────

Civil Action No. 07-cv-00141-RPM

ROBERT FORMAN,                                         George E. McLaughlin
LINDA FORMAN,
ANDREA FORMAN,
SARA FORMAN, and
ROBERT FORMAN as parent, next friend and
guardian of MICAH FORMAN, a minor,

        Plaintiffs,

v.

BRICE HENDERSON,                                       Colin C. Campbell
                                                       Casey Quillen
        Defendant.
───────────────────────────────────────────────────────────────────────────

## COURTROOM MINUTES
───────────────────────────────────────────────────────────────────────────

**Hearing on Defendant's Motion for Summary Judgment**

**1:59 p.m.      Court in session.**

Court's preliminary remarks and its summary of the case.

2:03 p.m.       Argument by Ms. Quillen [26].
2:10 p.m.       Argument by Mr. Mclaughlin.

Court's findings as stated on record.

**ORDERED:   Defendant's Motion for Summary Judgment, filed June 9, 2008 [26], is granted.**

**2:14 p.m.      Court in recess.**

Hearing concluded.  Total time: 15 min.