IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00141-RPM

ROBERT FORMAN,
LINDA FORMAN,
ANDREA FORMAN,
SARA FORMAN, and
ROBERT FORMAN as parent, next friend and natural guardian of
MICAH FORMAN, a minor,

      Plaintiffs,

v.

BRICE HENDERSON,

      Defendant.

---

ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEY FEES

---

      On October 31, 2008, the defendant filed a Bill of Costs and Request for Attorney Fees. On November 4, 2008, the defendant filed a Motion for Attorney Fees (Amended), appropriately separating the claim for attorney fees from statutory costs. The plaintiffs filed their response to the motion for attorney fees on November 10, 2008. The basis for the defendants' claim for attorney fees is a paragraph in the lease agreement providing for the recovery of the owner's reasonable attorney fees in the event that he prevails in any lawsuit relating to the lease. While the lease was raised by the defendant as some defense to the plaintiffs' claim in this case, those claims arose out of the Colorado Premises Liability Act and were not claims under the lease. There is no provision in Colorado law for the recovery of attorney fees by the defendant

prevailing in a tort case. Accordingly, it is

ORDERED that the defendant's motion for attorney fees is denied.

Dated: November 21st, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge